CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar Number 14853
JIM W. FANG
Assistant United States Attorney
501 Las Vegas Blvd. South, Ste. 1100
Las Vegas, Nevada 89101
Phone: 702-388-6336
Email: jim.fang@usdoj.gov
*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MARIAN POENARU,<br><br>    Defendant. | Case No. 2:21-mj-00372-EJY<br><br>**Stipulation to Continue the Preliminary Hearing (Sixth Request)** |

It is hereby stipulated and agreed, by and between Christopher Chiou, Acting United States Attorney, through Jim W. Fang, Assistant United States Attorney, and Michael V. Castillo, Esq., counsel for Defendant Marian Poenaru, that the preliminary hearing in the above-captioned matter for Poenaru, previously scheduled for September 7, 2021, at 4:00 p.m., be vacated and continued until a time convenient to the Court, but no earlier than 90 days from the current setting.

1. Federal Rule of Criminal Procedure Rule 5.1(d) provides that "[w]ith the defendant's consent and upon a showing of good cause—taking into account the public interest in the prompt disposition of criminal cases—a magistrate judge may extend the time limits [for preliminary hearings] one or more times." Here, the parties have agreed to a pre-

indictment plea and will be submitting it for the court's consideration. Additional time is needed to allow the court to consider whether to accept the plea.

2. This continuance is not sought for the purposes of delay, but to allow the court an opportunity to examine the merits of this case before deciding whether to accept the parties' plea agreement.

3. Defendant is in custody and agrees to the continuance.

4. Denial of this request could result in a miscarriage of justice, and the ends of justice served by granting this request outweigh the best interest of the public and the defendants in a speedy trial.

5. The additional time requested by this stipulation is excludable in computing the time within which indictment must be filed pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b), and considering the factors under 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv).

DATED this 30th day of August, 2021.

CHRISTOPHER CHIOU
Acting United States Attorney

| s/Jim W. Fang | s/ Michael V. Castillo |
|---|---|
| JIM W. FANG | MICHAEL V. CASTILLO, ESQ. |
| Assistant United States Attorney | *Counsel for Defendant Poenaru* |
| *Counsel for the United States* | |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARIAN POENARU,

    Defendant.

Case No. 2:21-mj-00372-EJY

**FINDINGS AND ORDER**

    Based on the pending Stipulation between the defense and the government, and good cause appearing therefore, the Court hereby finds that:

    1.    The parties desire to continue the preliminary hearing to facilitate pre-indictment resolution. A plea agreement has been reached between the parties, and the agreement will be submitted for the court's consideration. The Court finds good cause to continue the hearing to allow the court additional time to decide whether to accept the plea.

    2.    Both counsel for defendant and counsel for the government agree to the continuance.

    3.    Defendant is in custody and agrees to the continuance.

    4.    The continuance is not sought for the purposes of delay, but to allow the parties to reach a potential resolution before the government moves forward with further prosecution.

    5.    Denial of this request could result in a miscarriage of justice, and the ends of justice served by granting this request outweigh the best interest of the public and the defendants in a speedy trial.

6.      The additional time requested by this stipulation is excludable in computing the time within which indictment must be filed pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b), and considering the factors under 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv).

THEREFORE, IT IS HEREBY ORDERED that the preliminary hearing in the above-captioned matter currently scheduled for September 7, 2021, at 4:00 p.m. be vacated and continued to December 6, 2021, at 4:00 p.m., in Courtroom 3B.

DATED this 3rd day of September, 2021.

_____
HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE