CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar Number 14853
JIM W. FANG
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Email: jim.fang@usdoj.gov
*Attorneys for the United States of America*

```
              FILED          RECEIVED
              ENTERED        SERVED ON
                        COUNSEL/PARTIES OF RECORD

              MAR 1 3 2022

              CLERK US DISTRICT COURT
                 DISTRICT OF NEVADA
        BY:_____DEPUTY
```

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIAN POENARU,<br><br>Defendant. | Case No. 2:21-cr-301-APG-NJK<br><br>**CRIMINAL INFORMAION**<br>for violation of:<br><br>Conspiracy to Possess Counterfeit and Unauthorized Access Devices (18 U.S.C. § 1029(b)(2))<br><br>Aggravated Identity Theft (18 U.S.C. § 1028A(a)(1)) |

THE UNITED STATES ATTORNEY CHARGES THAT:

COUNT ONE
Conspiracy to Possess Counterfeit and Unauthorized Access Devices
(18 U.S.C. § 1029(b)(2))

1. Between on or about April 20, 2020, and on or about April 26, 2021, in the State and Federal District of Nevada and elsewhere,

MARIAN POENARU,

defendant herein, did knowingly and willfully conspire and agree with other persons known and unknown to commit the crime of Possession of Counterfeit and Unauthorized Access Devices in violation of 18 U.S.C. § 1029(a)(3).

2. In furtherance of the conspiracy, on or about April 25 and 26, 2021, POENARU possessed at least 15 counterfeit cards that were re-encoded using stolen bank account

information from 15 different people, said bank account information were obtained using ATM skimmer devices POENARU and his coconspirators had installed at various ATMs in Las Vegas, Nevada.

3. All in violation of 18 U.S.C. § 1029(b)(2).

## COUNT TWO
Aggravated Identity Theft
(18 U.S.C. § 1028A(a)(1))

4. On or about April 19, 2021, in the State and Federal District of Nevada,

MARIAN POENARU,

defendant herein, did knowingly possess and use, without lawful authority, a means of identification of another person, that is, a counterfeit debit card encoded with the bank account information, including the debit card number, of an account belonging to C.C., during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), that is, the violation of 18 U.S.C. § 1029(b)(2) described in Count One, knowing that the means of identification belonged to another actual person, in violation of 18 U.S.C. § 1028A(a)(1).

## FORFEITURE ALLEGATION
Conspiracy to Possess Counterfeit and Unauthorized Access Devices and Aggravated Identity Theft

1. The allegations contained in Counts One and Two of this Criminal Information are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 1029(c)(1)(C) and 1029(c)(2).

2. Upon conviction of any of the felony offenses charged in Counts One and Two of this Criminal Information,

MARIAN POENARU,

defendant herein, shall forfeit to the United States of America, any personal property used or intended to be used to commit the violations of 18 U.S.C. § 1028A(a)(1) with 1028A(c)(4) and 18 U.S.C. § 1029(a)(3) and 1029(b)(2):

1. at least 500 counterfeit cards that were re-encoded using stolen bank account information;
2. a counterfeit debit card encoded with the bank account information, including the debit card number, of an account belonging to C.C.;
3. a blue HP Stream laptop bearing serial number 5CD111NX66;
4. a silver HP laptop bearing serial number 5CG1083FBK;
5. a black HP laptop bearing serial number 3T894703WX;
6. twelve ATM skimmers;
7. two Point of Sale (POS) Ingenico overlay card skimmers;
8. pinhole cameras;
9. electronic parts used to manufacture skimmers; and
10. a magnetic reader writer that could be used to re-encode payment cards.

All pursuant to 18 U.S.C. § 1028A(a)(1) with 1028A(c)(4) and 18 U.S.C. § 1029(a)(3), 1029(b)(2), 1029(c)(1)(C), and 1029(c)(2).

DATED this 6th day of April, 2022.

CHRISTOPHER CHIOU
Acting United States Attorney

JIM W. FANG
Assistant United States Attorney