

| | |
|---|---|
| **Alert Number:** | 286501 |
| **Date Published:** | 10/11/2017 |
| **Subject:** | VA: ATM Skimmer |
| **Distribution:** | Countries: United States |

**Alert Images:**



**Additional Images (1):**



**Alert Text**

On 9/28/17, two subjects attempted to place a skimmer on an ATM at the Union Bank and Trust at 6551 Centralia Road. The subjects were no able to place the skimmer. The subjects attempted to pry the green plastic around the card reader.

**Contact**

Michael Bowser
bowserm@chesterfield.gov
Chesterfield County Police
Work: (804) 706-2148
10001 Ironbridge Road
Chesterfield, Virginia
23832 United States

**Advertisement**



CrimeDex Alert System
Email: alerts@crimedex.com   Web: www.crimedex.com
CrimeDex® is a registered trademark of 3VR Inc. Copyright © 2013 CrimeDex®