This report covers the placement, and successful removal, of seven (7) skimmers on 2 different Teacher Credit Union (TCU) ATMs during the months of August and September 2018 by the same male and female suspects.  This couple also installed one additional skimmer on a third TCU ATM; this skimmer was removed and turned over to law enforcement prior to any breach of information or loss.

| Date | Branch Number | Branch Name | Branch Location | Time On | Time Off | Number of Cards | Number of TCU Cards | Number of TCU Members | Total Amount Cashed Out |
|---|---|---|---|---|---|---|---|---|---|
| 08/05/2018 | 3 | Plymouth East | Plymouth, IN | 9:21 | 17:33 | 102 | 84 | 83 | $ 18,092.00 |
| 08/11/2018 | 3 | Plymouth East | Plymouth, IN | 10:15 | 16:55 | 98 | 91 | 91 | $ 13,126.00 |
| 08/12/2018 | 3 | Plymouth East | Plymouth, IN | 10:15 | 15:49 | 47 | 41 | 41 | $ 3,613.25 |
| 08/18/2018 | 3 | Plymouth East | Plymouth, IN | 11:44 | 18:25 | 102 | 91 | 90 | $ 8,607.50 |
| 09/09/2018 | 16 | Greencastle | Greencastle, IN | 10:01 | 18:03 | 103 | 97 | 92 | $ 23,221.00 |
| 09/10/2018 | 16 | Greencastle | Greencastle, IN | 9:53 | 16:28 | 79 | 64 | 64 | $ 14,483.48 |
| 09/12/2018 | 16 | Greencastle | Greencastle, IN | 8:50 | 17:38 | 103 | 81 | 80 | $ 21,539.50 |
| 09/15/2018 | 39 | Cobblestone | Elkhart, N | 10:29 | 11:08 | 0 | 0 | 0 | $ - |
| | | | | | Totals | 634 | 549 | 541 | $ 102,682.73 |

This report also covers the identification of at least seventy-eight (78) different cash out sessions, by the same male and female suspects, at forty-nine (49) different ATM locations throughout Indiana and Ohio

| Financial Institution | Address |
|---|---|
| 1st Source Bank | 1600 E. Market St. Nappannee, IN |
| 1st Source Bank | 101 Main St. Goshen, IN |
| 1st Source Bank | 23164 US Highway 33 Elkhart, IN |
| 1st Source Bank | 3800 Mishawaka Rd. Elkhart, IN |
| 1st Source Bank | 131 E. Franklin St. Elkhart, IN |
| 1st Source Bank | 555 E. Jackson Blvd. Elkhart, IN |
| 1st Source Bank | 1200 Nappanee St. Elkhart, IN |
| 1st Source Bank | 1751 W. Lexington Ave. Elkhart, IN |
| 5/3 Bank | 11662 Commercial Blvd. Fishers, IN |
| 5/3 Bank | 13681 E. 116th St. Fishers, IN |
| 5/3 Bank | 8120 Oaklandon Rd. Indianapolis, IN |
| 5/3 Bank | 6071 E. 82nd St. Indianapolis, IN |
| 5/3 Bank | 5075 W. Washington St. Indianapolis, IN |
| 5/3 Bank | 10595 E. US 36 Avon, IN |
| 5/3 Bank | 5930 W. 86th St. Indianapolis, IN |
| BMO Harris Bank | 2609 E. Main St. Plainfield, IN |
| BMO Harris Bank | 1696 Meridian Oaks Dr. Greenwood, IN |
| Cardtronics (Circle K) | 1660 N. State St. North Vernon, IN |
| Cardtronics (CVS) | 1299 W. S. Port Rd. Indianapolis, IN |
| Cardtronics (CVS) | 5611 Georgetown Rd. Indianapolis, IN |
| Cardtronics (Kroger) | 1330 W. Sou hport Rd. Indianapolis, IN |
| Cardtronics (Kroger) | 3100 Meridian Park Dr. Greenwood, IN |
| First Financial Bank | 1130 E. Tipton St. Seymour, IN |
| First Financial Bank | 8601 Landen Dr. Mainville, OH |
| First Financial Bank | 1263 Nor h SR 1 Greenwood, IN |
| First Merchant Bank | 901 S. SR 135 Greenwood, IN |
| Forum Credit Union | 785 Brookville Rd. Indianapolis, IN |
| German American Bank | 1725 E. Tipton St. Seymour, IN |
| Horizon Bank | 151 Marlin Dr. Greenwood, IN |
| Lake City Bank | Elkhart, IN |
| Lake City Bank | Goshen, IN |
| Lake City Bank | 705 S. State Rd. 135 Greenwood, IN |
| Lake City Bank | 13104 Fishers Marketplace Dr. Fishers, IN |
| Lake City Bank | 2408 Dr. Mar in Luther King Jr. St. Indianapolis, IN |
| Old Na ional Bank | 320 N. Main St. Elkhart, IN |
| Old Na ional Bank | 1420 N. State St. North Vernon, IN |
| Old Na ional Bank | 1117 E. Tipton St. Seymour, IN |
| Old Na ional Bank | 1510 W. Sou hport Rd. Indianapolis, IN |
| Old Na ional Bank | 900 S. SR 1 Greenwood, IN |
| Old Na ional Bank | 15941 Cumberland Rd. Noblesville, IN |
| Peoples Bank | 1425 E. Tipton St. Seymour, IN |
| PNC Bank | 4015 E. 82nd St. Indianapolis, IN |
| Teachers Credit Union | 150 S. Marlin Dr. Greenwood, IN |
| Teachers Credit Union | 18 Providence Dr. Greenwood, IN |
| Teachers Credit Union | 5325 E. Southport Rd. Indianapolis, IN |
| Teachers Credit Union | 4705 S. Emerson Indianapolis, IN |
| Teachers Credit Union | 445 S. Post Rd. Indianapolis, IN |
| Teachers Credit Union | 2331 N. Meridian Indianapolis, IN |
| Teachers Credit Union | 5349 Pike Plaza Rd. Indianapolis, IN |

**SKIMMER 1**

On 08/05/2018 at approximately 9:21 AM EST a male and female couple installed a skimmer on the Teachers Credit Union Branch 3 (Plymouth East) ATM located at 201 Goshen Rd. Plymouth, IN

 

This skimmer remained on this ATM until approximately 5:33 PM EST when the same suspect couple returned to remove the skimmer.

 

A total of 102 different cards were used in that ATM while the skimmer was in place. 84 of those cards were identified as being issued to 83 different TCU members.

Cloned cards were used for approximately $18,092.00 in transactions at various cash out locations identified later in this report. All TCU cards used during the time the skimmer was in place were deactivated immediately by EFT upon identifying the skimmer had been placed and removed by the above suspects.

*SKIMMER 2*

On 08/11/2018 at approximately 10:15 AM EST a male and female couple installed a skimmer on the Teachers Credit Union Branch 3 (Plymouth East) ATM located at 201 Goshen Rd. Plymouth, IN




This skimmer remained on this ATM until approximately 4:55 PM EST when the same suspect couple returned to remove the skimmer.




A total of 98 different cards were used in that ATM while the skimmer was in place. 91 of those cards were identified as being issued to 91 different TCU members.

Cloned cards were used for approximately $13,126.00 in transactions at various cash out locations identified later in this report. All TCU cards used during the time the skimmer was in place were deactivated immediately by EFT upon identifying the skimmer had been placed and removed by the above suspects.

*SKIMMER 3*

On 08/12/2018 at approximately 10:15 AM EST a male and female couple installed a skimmer on the Teachers Credit Union Branch 3 (Plymouth East) ATM located at 201 Goshen Rd. Plymouth, IN



This skimmer remained on this ATM until approximately 3:49 PM EST when the same suspect couple returned to remove the skimmer.



A total of 47 different cards were used in that ATM while the skimmer was in place. 41 of those cards were identified as being issued to 41 different TCU members.

Cloned cards were used for approximately $3,613.25 in transactions at various cash out locations identified later in this report.  All TCU cards used during the time the skimmer was in place were deactivated immediately by EFT upon identifying the skimmer had been placed and removed by the above suspects.

**SKIMMER 4**

On 08/18/2018 at approximately 11:44 AM EST a male and female couple installed a skimmer on the Teachers Credit Union Branch 3 (Plymouth East) ATM located at 201 Goshen Rd. Plymouth, IN




This skimmer remained on this ATM until approximately 6:25 PM EST when the same suspect couple returned to remove the skimmer.




A total of 102 different cards were used in that ATM while the skimmer was in place. 91 of those cards were identified as being issued to 90 different TCU members.

Cloned cards were used for approximately $8,607.50 in transactions at various cash out locations identified later in this report. All TCU cards used during the time the skimmer was in place were deactivated immediately by EFT upon identifying the skimmer had been placed and removed by the above suspects.

The cloned cards, made from the information gathered by the suspects through the skimmer placements identified above, were used at 18 different locations from 08/25/2018 to 08/28/2018. Through this fraudulent activity the above skimmer placements were identified and all known compromised cards were deactivated by EFT before further loss could be actualized.

| Financial Institution | Address | Date | Time Started | Time Ended | Transactions |
|---|---|---|---|---|---|
| 1st Source Bank | 1600 E. Market St. Nappannee, IN | 08/25/2018 | 14:03 | 14:15 | 12 |
| 1st Source Bank | 101 Main St. Goshen, IN | 08/25/2018 | 14:53 | 15:00 | 10 |
| 1st Source Bank | 23164 US Highway 33 E khart, IN | 08/25/2018 | 15:16 | 15:28 | 14 |
| 1st Source Bank | 3800 Mishawaka Rd. Elkhart, IN | 08/25/2018 | 15:38 | 15:53 | 19 |
| 1st Source Bank | 131 E. Franklin St. E khart, IN | 08/25/2018 | 16:06 | 16:10 | 6 |
| 1st Source Bank | 555 E. Jackson Blvd. E khart, IN | 08/25/2018 | 16:24 | 16:42 | 23 |
| 1st Source Bank | 1200 Nappanee St. E khart, IN | 08/25/2018 | 16:57 | 17:16 | 28 |
| Lake City Bank | E khart, IN | 08/25/2018 | 17:20 | 17:28 | 8 |
| Old National Bank | 320 N. Main St. E khart, IN | 08/25/2018 | 17:35 | 17:40 | 11 |
| Lake City Bank | E khart, IN | 08/26/2018 | 10:02 | 10:14 | 11 |
| 1st Source Bank | 1751 W. Lexington Ave. Elkhart, IN | 08/26/2018 | 10:19 | 10:21 | 4 |
| 1st Source Bank | 1200 Nappanee St. E khart, IN | 08/26/2018 | 10:30 | 10:42 | 12 |
| Lake City Bank | E khart, IN | 08/26/2018 | 10:45 | 10:47 | 4 |
| 1st Source Bank | 131 E. Franklin St. E khart, IN | 08/26/2018 | 11:06 | 11:20 | 19 |
| Old National Bank | 320 N. Main St. E khart, IN | 08/26/2018 | 11:24 | 11:34 | 17 |
| 1st Source Bank | 3800 Mishawaka Rd. Elkhart, IN | 08/26/2018 | 11:48 | 12:04 | 20 |
| 1st Source Bank | 23164 US Highway 33 E khart, IN | 08/26/2018 | 12:09 | 12:12 | 3 |
| Lake City Bank | Goshen, IN | 08/26/2018 | 12:44 | 13:03 | 17 |
| Old National Bank | 1420 N. State St. North Vernon, IN | 08/27/2018 | 12:06 | 12:22 | 9 |
| Cardtronics (Circle K) | 1660 N. State St. North Vernon, IN | 08/27/2018 | 12:25 | 12:26 | 2 |
| German American Bank | 1725 E. Tipton St. Seymour, IN | 08/27/2018 | 12:56 | 12:57 | 4 |
| Peoples Bank | 1425 E. Tipton St. Seymour, IN | 08/27/2018 | 13:02 | 13:04 | 4 |
| First Financial Bank | 1130 E. Tipton St. Seymour, IN | 08/27/2018 | 13:09 | 13:22 | 8 |
| Old National Bank | 1117 E. Tipton St. Seymour, IN | 08/27/2018 | 13:14 | 13:19 | 8 |
| First Financial Bank | 8601 Landen Dr. Mainville, OH | 08/28/2018 | 11:03 | 11:14 | 11 |

Table 1: Cash out sessions performed by suspects identifying when the session began to when the session was completed and the number of transactions performed during each session







**SKIMMER 5**

On 09/09/2018 at approximately 10:01 AM EST a male and female couple installed a skimmer on the Teachers Credit Union Branch 16 (Greencastle) ATM located at 57 Putnam Plaza Greencastle, IN

 

This skimmer remained on this ATM until approximately 6:03 PM EST when the same suspect couple returned to remove the skimmer.

 

A total of 103 different cards were used in that ATM while the skimmer was in place. 97 of those cards were identified as being issued to 92 different TCU members.

Cloned cards were used for approximately $23,221.00 in transactions at various cash out locations identified later in this report.  All TCU cards used during the time the skimmer was in place were deactivated immediately by EFT upon identifying the skimmer had been placed and removed by the above suspects.

**SKIMMER 6**

On 09/10/2018 at approximately 9:53 AM EST a male and female couple installed a skimmer on the Teachers Credit Union Branch 16 (Greencastle) ATM located at 57 Putnam Plaza Greencastle, IN

 

This skimmer remained on this ATM until approximately 4:28 PM EST when the same suspect couple returned to remove the skimmer.

 

A total of 79 different cards were used in that ATM while the skimmer was in place. 64 of those cards were identified as being issued to 64 different TCU members.

Cloned cards were used for approximately $14,483.48 in transactions at various cash out locations identified later in this report.  All TCU cards used during the time the skimmer was in place were deactivated immediately by EFT upon identifying the skimmer had been placed and removed by the above suspects.

**SKIMMER 7**

On 09/12/2018 at approximately 8:50 AM EST a male and female couple installed a skimmer on the Teachers Credit Union Branch 16 (Greencastle) ATM located at 57 Putnam Plaza Greencastle, IN

 

This skimmer remained on this ATM until approximately 5:38 PM EST when the same suspect couple returned to remove the skimmer.

 

A total of 103 different cards were used in that ATM while the skimmer was in place. 81 of those cards were identified as being issued to 80 different TCU members.

Cloned cards were used for approximately $21,539.50 in transactions at various cash out locations identified later in this report.  All TCU cards used during the time the skimmer was in place were deactivated immediately by EFT upon identifying the skimmer had been placed and removed by the above suspects.

\

The cloned cards, made from the information gathered by the suspects through the skimmer placements identified above, were used at 32 different locations from 09/29/2018 to 10/01/2018. Through this fraudulent activity the above skimmer placements were identified and all known compromised cards were deactivated by EFT before further loss could be actualized.

| Financial Institution | Address | Date | Time Started | Time Ended | Transactions |
|---|---|---|---|---|---|
| BMO Harris Bank | 2609 E. Main St. Plainfield, IN | 09/29/2018 | 13:55 | 13:55 | 1 |
| Old National Bank | 1510 W. Southport Rd. Indianapolis, IN | 09/29/2018 | 15:57 | 16:00 | 5 |
| Cardtronics (Kroger) | 1330 W. Southport Rd. Indianapolis, IN | 09/29/2018 | 16:04 | 16:10 | 9 |
| Cardtronics (CVS) | 1299 W. S. Port Rd. Indianapolis, IN | 09/29/2018 | 16:15 | 16:20 | 8 |
| Cardtronics (Kroger) | 3100 Meridian Park Dr. Greenwood, IN | 09/29/2018 | 16:33 | 16:43 | 16 |
| Old National Bank | 900 S. SR 1 Greenwood, IN | 09/29/2018 | 16:49 | 16:54 | 9 |
| First Merchant Bank | 901 S. SR 135 Greenwood, IN | 09/29/2018 | 16:57 | 17:02 | 9 |
| Lake City Bank | 705 S. State Rd. 135 Greenwood, IN | 09/29/2018 | 17:04 | 17:12 | 10 |
| BMO Harris Bank | 1696 Meridian Oaks Dr. Greenwood, IN | 09/29/2018 | 17:17 | 17:20 | 6 |
| Horizon Bank | 151 Marlin Dr. Greenwood, IN | 09/29/2018 | 17:22 | 17:28 | 7 |
| Teachers Credit Union | 150 S. Marlin Dr. Greenwood, IN | 09/29/2018 | 17:31 | 17:47 | 15 |
| Lake City Bank | 13104 Fishers Marketplace Dr. Fishers, IN | 09/29/2018 | 17:34 | 17:58 | 18 |
| Lake City Bank | 2408 Dr. Martin Luther King Jr. St. Indianapolis, IN | 09/29/2018 | 17:50 | 18:12 | 14 |
| Lake City Bank | 705 S. State Rd. 135 Greenwood, IN | 09/29/2018 | 17:54 | 17:59 | 7 |
| Teachers Credit Union | 18 Providence Dr. Greenwood, IN | 09/29/2018 | 18:09 | 18:13 | 10 |
| Old National Bank | 15941 Cumberland Rd. Noblesville, IN | 09/29/2018 | 18:12 | 18:16 | 3 |
| Teachers Credit Union | 5325 E. Southport Rd. Indianapolis, IN | 09/29/2018 | 18:28 | 18:45 | 27 |
| Teachers Credit Union | 4705 S. Emerson Indianapolis, IN | 09/29/2018 | 18:55 | 19:08 | 17 |
| Lake City Bank | 2408 Dr. Martin Luther King Jr. St. Indianapolis, IN | 09/29/2018 | 19:05 | 19:11 | 6 |
| Forum Credit Union | 785 Brookville Rd. Indianapolis, IN | 09/29/2018 | 19:16 | 19:19 | 6 |
| Lake City Bank | 2408 Dr. Martin Luther King Jr. St. Indianapolis, IN | 09/29/2018 | 19:24 | 20:01 | 15 |
| Teachers Credit Union | 445 S. Post Rd. Indianapolis, IN | 09/29/2018 | 19:26 | 19:29 | 6 |
| Teachers Credit Union | 2331 N. Meridian Indianapolis, IN | 09/29/2018 | 19:49 | 20:12 | 7 |
| Teachers Credit Union | 5349 Pike Plaza Rd. Indianapolis, IN | 09/29/2018 | 20:27 | 20:45 | 25 |
| Lake City Bank | 2408 Dr. Martin Luther King Jr. St. Indianapolis, IN | 09/29/2018 | 20:43 | 20:54 | 12 |
| Cardtronics (CVS) | 5611 Georgetown Rd. Indianapolis, IN | 09/29/2018 | 20:53 | 20:54 | 5 |
| Lake City Bank | 13104 Fishers Marketplace Dr. Fishers, IN | 09/29/2018 | 21:26 | 21:37 | 10 |
| Old National Bank | 15941 Cumberland Rd. Noblesville, IN | 09/29/2018 | 21:51 | 21:51 | 2 |
| Lake City Bank | 13104 Fishers Marketplace Dr. Fishers, IN | 09/29/2018 | 22:03 | 22:16 | 10 |
| Lake City Bank | 2408 Dr. Martin Luther King Jr. St. Indianapolis, IN | 09/29/2018 | 22:37 | 22:53 | 13 |
| Lake City Bank | 13104 Fishers Marketplace Dr. Fishers, IN | 09/30/2018 | 8:10 | 8:17 | 5 |
| Lake City Bank | 2408 Dr. Martin Luther King Jr. St. Indianapolis, IN | 09/30/2018 | 8:44 | 8:49 | 6 |
| Teachers Credit Union | 5325 E. Southport Rd. Indianapolis, IN | 09/30/2018 | 8:57 | 9:09 | 16 |
| Teachers Credit Union | 150 S. Marlin Dr. Greenwood, IN | 09/30/2018 | 9:32 | 9:37 | 3 |
| 5/3 Bank | 11662 Commercial Blvd. Fishers, IN | 09/30/2018 | 9:43 | 9:48 | 5 |
| Horizon Bank | 151 Marlin Dr. Greenwood, IN | 09/30/2018 | 9:46 | 9:48 | 2 |
| Lake City Bank | 705 S. State Rd. 135 Greenwood, IN | 09/30/2018 | 9:52 | 9:59 | 12 |
| BMO Harris Bank | 1696 Meridian Oaks Dr. Greenwood, IN | 09/30/2018 | 10:04 | 10:13 | 13 |
| 5/3 Bank | 13681 E. 116th St. Fishers, IN | 09/30/2018 | 10:04 | 10:11 | 7 |
| BMO Harris Bank | 1696 Meridian Oaks Dr. Greenwood, IN | 09/30/2018 | 10:04 | 10:13 | 13 |
| First Financial Bank | 1263 North SR 1 Greenwood, IN | 09/30/2018 | 10:19 | 10:20 | 2 |
| 5/3 Bank | 8120 Oaklandon Rd. Indianapolis, IN | 09/30/2018 | 10:30 | 10:34 | 4 |
| Lake City Bank | 13104 Fishers Marketplace Dr. Fishers, IN | 09/30/2018 | 10:52 | 11:08 | 21 |
| 5/3 Bank | 6071 E. 82nd St. Indianapolis, IN | 09/30/2018 | 10:53 | 10:59 | 5 |
| 5/3 Bank | 5075 W. Washington St. Indianapolis, IN | 09/30/2018 | 11:06 | 11:06 | 1 |
| Lake City Bank | 2408 Dr. Martin Luther King Jr. St. Indianapolis, IN | 09/30/2018 | 11:24 | 11:35 | 9 |
| 5/3 Bank | 10595 E. US 36 Avon, IN | 09/30/2018 | 11:29 | 12:00 | 7 |
| PNC Bank | 4015 E. 82nd St. Indianapolis, IN | 09/30/2018 | 11:38 | 11:41 | 4 |
| 5/3 Bank | 5930 W. 86th St. Indianapolis, IN | 09/30/2018 | 12:39 | 13:04 | 13 |
| 5/3 Bank | 5075 W. Washington St. Indianapolis, IN | 10/01/2018 | 5:08 | 5:27 | 15 |
| Teachers Credit Union | 150 S. Marlin Dr. Greenwood, IN | 10/01/2018 | 12:39 | 12:42 | 4 |
| Horizon Bank | 151 Marlin Dr. Greenwood, IN | 10/01/2018 | 12:47 | 12:50 | 4 |
| BMO Harris Bank | 1696 Meridian Oaks Dr. Greenwood, IN | 10/01/2018 | 12:54 | 12:56 | 4 |

Table 2: Cash out sessions performed by suspects identifying when the session began to when the session was completed and the number of transactions performed during each session

*TCU Emerson ATM Cash Out 09/29/2018*





*TCU Pike Plaza Cash Out 09/29/2018*   *TCU Southport Cash Out 09/29/2018*




*TCU Post Rd. Cash Out 09/29/2018*

 

*TCU Whiteland Cash Out 09/29/2018*

 

*TCU Southport Cash Out 09/29/2018*    *TCU Greenwood Cash Out 09/29/2018*

 

**SKIMMER 8**

On 09/15/2018 at approximately 10:29 AM EST a male and female couple installed a skimmer on the Teachers Credit Union Branch 39 (Martins Cobblestone) ATM located at 3900 East Bristol St. Elkhart, IN






This skimmer remained on this ATM until approximately 11:08 AM EST when the skimmer was pulled out by a member trying to perform a transaction. The member alerted the TCU branch team and the Elkhart Police Department arrived on scene and took the skimmer and strip camera for evidence in this investigation.









No card information was lost during this placement due to the skimmer being recovered.

### *Elkhart (IN) Police Department*
Detective Joy Phillips: Joy.Phillips@elkhartpolice.org

Case 2018-0915-008 – Recovery of Cobblestone skimmer (3900 E. Bristol St. Elkhart, IN)

### *Plymouth (IN) Police Department*
Detective Ben McIntyre: bmcintyreppd@plymouythin.com (574)936-2126

Case 2018-08-132 – Victim: 
Case 2018-08-183 – Victim:
Case 2018-08-185 – Victim:
Case 2018-08-187 – Victim:
Case 2018-08-190 – Victim:
Case 2018-08-192 – Victim:
Case 2018-08-193 – Victim:
Case 2018-08-194 – Victim:
Case 2018-08-202 – Victim:
Case 2018-08-203 – Victim:
Case 2018-08-204 – Victim:
Case 2018-08-205 – Victim:
Case 2018-08-206 – Victim:
Case 2018-08-209 – Victim:
Case 2018-08-210 – Victim:
Case 2018-08-212 – Victim: