**Fang, Jim (USANV)**

|  |  |
|---|---|
| **Sent:** | Monday, July 30, 2018 11:46 AM |
| **Subject:** | RE: Skimming Working Group-New Location |
| **Attachments:** | RE: Crimedex 286501 - ATM Skimmer |

Corsi Poenaru at it again, eh?

---

**Sent:** Monday, July 30, 2018 1:10 PM
**Subject:** FW: Skimming Working Group-New Location

---

**Sent:** Monday, July 30, 2018 1:05 PM
**Subject:** Skimming Working Group-New Location

**Special Attention: Financial Institutions**

Location: 8603 LaSalle Rd, Towson, MD (SECU)
Skim Dates: 7/26, 9:14 AM – 5:34 PM and 7/27, 9:15 AM – 4:55 PM
Cash Outs: 7/28, Baltimore, MD
Terminal ID: 795500141
Type: ATM, Deep Insert

**Some of the cards were flipped in less than 24 hours

1







Case 2:21-cr-00301-APG-NJK   Document 44-3   Filed 07/13/22   Page 4 of 7





**LAW ENFORCEMENT ONLY**

**This message is the property of the United States Secret Service and may contain information that is law enforcement sensitive, privileged, or subject to other disclosure limitations. Release or distribution of this message or its contents in any form may be prohibited by federal or state laws, including 5 U.S.C. § 552(b)(5), (b)(7)(C), and (b)(7)(E). If you have received this e-mail in error, do not keep, use, disclose, or copy it; notify the sender immediately and delete it.**

**Sent:** Monday, July 23, 2018 7:33 AM
**Subject:** Skimming Working Group-New Location

**Special Attention: Financial Institutions**

Location: 8603 LaSalle Rd, Towson, MD (SECU)
Skim Dates: 7/14, 8:53 AM--7/15, 4:32 PM
Terminal ID: 795500141
Type: ATM, Mini Insert
4









LAW ENFORCEMENT ONLY

**This message is the property of the United States Secret Service and may contain information that is law enforcement sensitive, privileged, or subject to other disclosure limitations. Release or distribution of this message or its contents in any form may be prohibited by federal or state laws, including 5 U.S.C. § 552(b)(5), (b)(7)(C), and (b)(7)(E). If you have received this e-mail in error, do not keep, use, disclose, or copy it; notify the sender immediately and delete it.**

All e-mail to/from this account is subject to official review and is for official use only. Action may be taken in response to any inappropriate use of the Secret Service's e-mail system. This e-mail may contain information that is privileged, law enforcement sensitive, or subject to other disclosure limitations. Such information is loaned to you and should not be further disseminated without the permission of the Secret Service. If you have received this e-mail in error, do not keep, use, disclose, or copy it; notify the sender immediately and delete it.

All e-mail to/from this account is subject to official review and is for official use only. Action may be taken in response to any inappropriate use of the Secret Service's e-mail system. This e-mail may contain information that is privileged, law enforcement sensitive, or subject to other disclosure limitations. Such information is loaned to you and should not be further disseminated without the permission of the Secret Service. If you have received this e-mail in error, do not keep, use, disclose, or copy it; notify the sender immediately and delete it.

All e-mail to/from this account is subject to official review and is for official use only. Action may be taken in response to any inappropriate use of the Secret Service's e-mail system. This e-mail may contain information that is privileged, law enforcement sensitive, or subject to other disclosure limitations. Such information is loaned to you and should not be further disseminated without the permission of the Secret Service. If you have received this e-mail in error, do not keep, use, disclose, or copy it; notify the sender immediately and delete it.