NICHOLAS M. WOOLDRIDGE
Nevada State Bar No. 8732
WOOLDRIDGE LAW, LTD.
400 South 7th Street, 4th Floor
Las Vegas, NV 89101
Telephone: (702) 330-4645
Facsimile: (702) 359-8494
nicholas@wooldridgelawlv.com
Attorney for Marian Poenaru

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 2:21-cr-00301-APG-NJK |
| Plaintiff, | |
| vs. | **Hearing July 20, 2022 @ 9 am** |
| MARIAN POENARU, | |
| Defendant. | |

**DOCUMENTS IN AID OF SENTENCING**

Attached collectively as Exhibit A are documents in support of sentencing.

Dated this 14th day of July, 2022.        Respectfully Submitted,

*/s/ Nicholas M. Wooldridge*
_____
Nicholas Wooldridge
Wooldridge Law Ltd
400 S. 7th Street Ste 400
Las Vegas, NV 89101
Attorney for Defendant

1

# **CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2022, I electronically served on the Assistant United States Attorney the foregoing Document in Support of Detention Hearing by filing it with Clerk of the Court for the United States District Court of the District of Nevada using the CM/ECF system.

United States Attorney
Jim W. Fang
Nevada Bar No. 14853
501 Las Vegas Blvd. South Ste 1100
Las Vegas, Nevada 89101
jim.fang@usdoj.Gov

*/s/ Melody Phommaly*
An Employee of Wooldridge Law Ltd.