# EXHIBIT A

# EXHIBIT A



**Corrections Rehabilitation Institute**

# Certificate of Completion

*Presented To*

## *MARIAN POENARU*

*For Successfully Completing*

**My SWOT - How to use your Knowledge**

*Completion Date :*
*October 26, 2021*

*Course Location :*
*GTL LMS*

*Corrections Rehabilitation Institute*



**Corrections Rehabilitation Institute**

# Certificate of Completion

*Presented To*

## MARIAN POENARU

---

*For Successfully Completing*

**Presentation Skills**

*Completion Date :*
*October 26, 2021*

*Course Location :*
*GTL LMS*

*Corrections Rehabilitation Institute*



**Corrections Rehabilitation Institute**

# Certificate of Completion

*Presented To*

## *MARIAN POENARU*

*For Successfully Completing*

**Substance Abuse Education**

*Completion Date :*
*October 26, 2021*

*Course Location :*
*GTL LMS*

*Corrections Rehabilitation Institute*



**Corrections Rehabilitation Institute**

# Certificate of Completion

## Presented To

## MARIAN POENARU

### For Successfully Completing

**Skill Based Education**

Completion Date :
October 26, 2021

Course Location :
GTL LMS

*Corrections Rehabilitation Institute*



**Corrections Rehabilitation Institute**

# Certificate of Completion

*Presented To*

## *MARIAN POENARU*

---

*For Successfully Completing*

### *Identification Package*

*Completion Date :*
*October 15, 2021*

*Course Location :*
*GTL LMS*

*Corrections Rehabilitation Institute*



**Corrections Rehabilitation Institute**

# Certificate of Completion

### Presented To

## *MARIAN POENARU*

---

### *For Successfully Completing*

### ***Healthy Coping Skills***

*Completion Date :*
*October 14, 2021*

*Course Location :*
*GTL LMS*

*Corrections Rehabilitation Institute*



Corrections Rehabilitation Institute

# Certificate of Completion

*Presented To*

**MARIAN POENARU**

---

*For Successfully Completing*

**Health Education**

Completion Date :
October 14, 2021

Course Location :
GTL LMS

*Corrections Rehabilitation Institute*



**Corrections Rehabilitation Institute**

# Certificate of Completion

*Presented To*

## *MARIAN POENARU*

*For Successfully Completing*

**Time Management**

Completion Date :
October 13, 2021

Course Location :
GTL LMS

*Corrections Rehabilitation Institute*



**Corrections Rehabilitation Institute**

# Certificate of Completion

*Presented To*

## MARIAN POENARU

*For Successfully Completing*

**Financial Literacy**

*Completion Date :*
*October 14, 2021*

*Course Location :*
*GTL LMS*

*Corrections Rehabilitation Institute*



Corrections Rehabilitation Institute

# Certificate of Completion

Presented To

## MARIAN POENARU

For Successfully Completing

**Expectations and Outcomes**

Completion Date :
October 13, 2021

Course Location :
GTL LMS

*Corrections Rehabilitation Institute*



**Corrections Rehabilitation Institute**

# Certificate of Completion

*Presented To*

## **MARIAN POENARU**

*For Successfully Completing*

**Exercising**

Completion Date :
October 12, 2021

Course Location :
GTL LMS

*Corrections Rehabilitation Institute*



**Corrections Rehabilitation Institute**

# Certificate of Completion

*Presented To*

**MARIAN POENARU**

*For Successfully Completing*

**Entrepreneurship**

Completion Date :
October 11, 2021

Course Location :
GTL LMS

*Corrections Rehabilitation Institute*



**Corrections Rehabilitation Institute**

# Certificate of Completion

### Presented To

## *MARIAN POENARU*

*For Successfully Completing*

**Contemporary Technology Skills - v2**

Completion Date :
October 13, 2021

Course Location :
GTL LMS

*Corrections Rehabilitation Institute*



**Corrections Rehabilitation Institute**

# Certificate of Completion

*Presented To*

## MARIAN POENARU

*For Successfully Completing*

**Career Resources**

*Completion Date :*
*October 12, 2021*

*Course Location :*
*GTL LMS*

*Corrections Rehabilitation Institute*



**Corrections Rehabilitation Institute**

# Certificate of Completion

*Presented To*

**MARIAN POENARU**

*For Successfully Completing*

**Conflict Resolution**

Completion Date :
October 11, 2021

Course Location :
GTL LMS

*Corrections Rehabilitation Institute*



Corrections Rehabilitation Institute

# Certificate of Completion

*Presented To*

## MARIAN POENARU

*For Successfully Completing*

**Behavior Change**

Completion Date :
October 12, 2021

Course Location :
GTL LMS

*Corrections Rehabilitation Institute*



**Corrections Rehabilitation Institute**

# Certificate of Completion

*Presented To*

## *MARIAN POENARU*

---

*For Successfully Completing*

**Basic Education**

*Issued Date :*
*October 12, 2021*

*Course Location :*
*GTL LMS*

*Corrections Rehabilitation Institute*



Corrections Rehabilitation Institute

# Certificate of Completion

*Presented To*

## MARIAN POENARU

*For Successfully Completing*

**Family and Community Reunification**

Completion Date :
October 13, 2021

Course Location :
GTL LMS

*Corrections Rehabilitation Institute*



**Corrections Rehabilitation Institute**

# Certificate of Completion

*Presented To*

## **MARIAN POENARU**

---

*For Successfully Completing*

**Anger Management**

*Completion Date :*
*October 12, 2021*

*Course Location :*
*GTL LMS*

*Corrections Rehabilitation Institute*



**Corrections Rehabilitation Institute**

# Certificate of Completion

*Presented To*

## *MARIAN POENARU*

---

*For Successfully Completing*

**Job Readiness**

*Completion Date :*
*October 15, 2021*

*Course Location :*
*GTL LMS*

*Corrections Rehabilitation Institute*



# Peace Education Program
## The Prem Rawat Foundation

This certificate acknowledges that

### *MARIAN POENARU*

has participated in the Peace Education Program

October 15, 2021