```
           FILED                    RECEIVED
           ENTERED                  SERVED ON
                       COUNSEL/PARTIES OF RECORD

                         July 20, 2022

                    CLERK US DISTRICT COURT
                       DISTRICT OF NEVADA
           BY:_____DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:21-CR-301-APG-NJK |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| MARIAN POENARU, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2) and 18 U.S.C. § 1029(c)(1)(C) and 1029(c)(2) based upon the plea of guilty by Marian Poenaru to the criminal offenses, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Information and shown by the United States to have the requisite nexus to the offenses to which Marian Poenaru pled guilty. Criminal Information, ECF No. 32; Plea Agreement, ECF No. 34; Arraignment & Plea, ECF No. 35; Preliminary Order of Forfeiture, ECF No. 36.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from May 5, 2022, through June 3, 2022, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication Exhibits, ECF No. 39-1, p. 5.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 1029(c)(1)(C) and 1029(c)(2); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1. a blue HP Stream laptop bearing serial number 5CD111NX66;
2. a silver HP laptop bearing serial number 5CG1083FBK;
3. a black HP laptop bearing serial number 3T894703WX;
4. twelve ATM skimmers;
5. two Point of Sale (POS) Ingenico overlay card skimmers;
6. pinhole cameras;
7. electronic parts used to manufacture skimmers; and
8. a magnetic reader writer that could be used to re-encode payment cards

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED _____July 20_____, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE